TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sam Khamsaen Phetinta,<br><br>                    Petitioner,<br>        v.<br><br>John Mattos, NSDC Warden; Michael Bernacke, Field Director, West Valley City Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem DHS Secretary; Pamela Bondi, U.S. Attorney General, *et al.*,<br><br>                    Respondents. | Case No. 2:25-cv-02564-GMN-BNW<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the First Amended Petition for Writ of Habeas Corpus (ECF No. 9)**<br><br>**(First Request)** |

Petitioner Sam Khamsaen Phetinta ("Petitioner") and Federal Respondents Michael Bernacke, Todd Lyons, Kristi Noem and Pamela Bondi ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the First Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 9. At present Federal Respondents' response to the Petition is January 20, 2026. On January 15, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Petition. Petitioner's counsel agreed to a seven-day extension, extending the deadline to January 27, 2026, but indicated that she would oppose any future extensions requests. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition from January 20, 2026, to January 27, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 15th day of January 2026.

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorneys

/s/Kimberly Sandberg
KIMBERLY SANDBERG
Assistant Federal Public Defender
New York State Bar No. 5152863
LAURA BARRERA
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org
Laura_Barrera@fd.org
*Attorneys for Petitioner*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____January 20, 2026_____

2