Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org
Laura_Barrera@fd.org


*Attorney for Petitioner Sam Khamsaen Phetinta

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sam Khamsaen Phetinta,

        Petitioner,

        v.

John Mattos, NSDC Warden; Michael Bernacke, Field Director, West Valley City Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem DHS Secretary; Pam Bondi, U.S. Attorney General, *et al.*,

        Respondents.

Case No. 2:25-cv-02564-GMN-BNW

**Stipulation and Order for Extension of Time to File Reply to Response to Amended Petition**

**(FIRST REQUEST)**

Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's reply to Respondents' response to the amended petition by two weeks, up to and including February 17, 2026. This is Mr. Phetinta's first request for an extension of time.

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on December 29, 2025.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Phetinta.[2] Undersigned counsel appeared on January 5, 2026,[3] and filed an amended petition on January 12, 2026.[4] After a short extension of time, Respondents filed a response to Phetinta's amended petition on January 27, 2026.[5] Mr. Phetinta's reply to the response is currently due on February 3, 2026.

On January 30, 2026, undersigned counsel conferred with counsel for Respondents regarding an extension of time for Mr. Phetinta to file a reply to Respondents' response. Respondents' counsel agreed to a fourteen-day extension, extending the deadline to February 17, 2026. This is Mr. Phetinta's first request for an extension of time.

Counsel for Mr. Phetinta requires more time so that she may meet with Mr. Phetinta again prior to filing the reply. Undersigned counsel is also travelling to San Francisco for oral argument to the Ninth Circuit, scheduled for February 10, 2026. This two-week extension will allow counsel to meet with Mr. Phetinta and thoroughly complete the reply while also taking into consideration her other case obligations.

Undersigned counsel and counsel for Respondents, Richard A. Lopez, have conferred regarding the need for an extension of time to file the reply to response to amended petition and agree on the proposed extension of two weeks. This request is

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 6; *see also* ECF No. 7.

[4] ECF No. 9.

[5] ECF No. 14.

not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

Dated February 3, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

Todd Blanche
Deputy Attorney General

/s/ *Richard Anthony Lopez*
Richard Anthony Lopez
Assistant United States Attorney

*/s/ Kimberly Sandberg*
Kimberly Sandberg
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___February 4, 2026___

3